

**BARNES IACCARINO & SHEPHERD LLP**

**ATTORNEYS AT LAW**

**MEMO ENDORSED**

Riccardo Iaccarino
Wendell V. Shepherd
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel:  516.483.2990
Fax:  516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel:  914.592.1515
Fax:  914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

258 Saw Mill River Road, Elmsford, NY 10523
Tel:  914.592.1515 | Fax: 914.592.3213

April 11, 2022

Honorable Judge Kenneth M. Karas
United States District Judge
Southern District New York
300 Quarropas Street
White Plains, New York 10601

Re:   Trustees of the District Council No. 9 et al. v. Casabella Contracting et al.
        Docket No. 21-cv-8285

Dear Honorable Judge Karas:

        This firm represents the Plaintiffs in the above referenced matter. I write jointly with
counsel for the Defendants to request a two month extension of the deadline to file any pre-
motion letters. The parties are making this request because Plaintiffs and Defendant Western
Surety Company have been engaging in serious settlement discussions based upon the
exchange of several documents and the Parties hope to resolve the Action without the need for
motion practice.

        We thank the Court for its consideration to this matter.

Granted.

So Ordered.

4/11/22

Very truly yours,

Dana L. Henke