**MEMO ENDORSED**

# BIS | BARNES IACCARINO & SHEPHERD LLP
## ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

June 6, 2022

Honorable Judge Kenneth M. Karas
United States District Judge
Southern District New York
300 Quarropas Street
White Plains, New York 10601

Re:  Trustees of the District Council No. 9 et al. v. Casabella Contracting et al.
     Docket No. 21-cv-8285

Dear Honorable Judge Karas:

This firm represents the Plaintiffs in the above referenced matter. I write jointly with counsel for the Defendants to request an extension of the deadline to file any pre-motion letters to August 19th. The parties are making this request because Plaintiffs and Defendant Western Surety Company are still engaging in settlement discussions and Defendant has consented to Plaintiffs filing an amended complaint in this action. Plaintiffs are still hoping to resolve the Action without the need for further pleadings and/or motion practice. This is the second request.

We thank the Court for its assistance and consideration to this matter.

Granted, but this will be the last
such extension.

So Ordered.

*[signature]*
6/6/22

Very truly yours,

*[signature]*
Dana L. Henke